1
BENJAMIN B. WAGNER
United States Attorney
2
SHERRY D. HARTEL HAUS
Assistant United States Attorney
3
501 I Street, Suite 10-100
Sacramento, CA 95814
4
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6
Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11
UNITED STATES OF AMERICA,                    CASE NO.  2:16-MJ-00047

12
                              Plaintiff,     [PROPOSED] FINDINGS AND ORDER
                                             EXTENDING TIME FOR PRELIMINARY
13
                    v.                       HEARING PURSUANT TO RULE 5.1(d) AND
                                             EXCLUDING TIME
14
MICHAEL W. TAMBLIN,
                                             DATE: April 22, 2016
15
                              Defendants.    TIME: 2:00 p.m.
                                             COURT: Hon. Carolyn K. Delaney
16

17

18
        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19
Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 21, 2016.  The

20
Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21
demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22
5.1(d) of the Federal Rules of Criminal Procedure.

23
        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24
of justice served by granting this continuance outweigh the best interests of the public and the defendant

25
in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

26
not adversely affect the public interest in the prompt disposition of criminal cases.

27
        THEREFORE, FOR GOOD CAUSE SHOWN:

28
        1. The date of the preliminary hearing is extended to May 6, 2016, at 2:00 p.m.

[PROPOSED] FINDINGS AND ORDER                    1

1        2. The time between April 22, 2016, and May 6, 2016, shall be excluded from calculation

2    pursuant to 18 U.S.C. § 3161(h)(7)(A).

3        3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

4

5        IT IS SO ORDERED.

6    Dated:  April 21, 2016

7    _____
     CAROLYN K. DELANEY
8    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28