HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL TAMBLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-mj-047 AC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| MICHAEL TAMBLIN, | Date: May 6, 2016<br>Time: 2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney SHERRY D. HARTEL HAUS, and defendant Michael W. Tamblin, both individually and by and through his counsel of record, Matthew Bockm0n, hereby stipulate as follows:

1. On February 22, 2016, the Complaint in this case was filed, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending. The court set a preliminary hearing date of March 7, 2016.

2. By stipulation on March 1, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to March 18, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

3. By stipulation on March 16, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to April 22 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

4. By stipulation on April 21, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to May 6, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

5. By this stipulation, the parties jointly move for further extension of time of the preliminary hearing date to May 27, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

///

///

///

///

///

///

///

6. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between March 7, 2016, and May 27, 2016, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

                                                Respectfully submitted,

DATED: May 5, 2016          HEATHER E. WILLIAMS
                                          Federal Defender

                                           */s/ Matthew C. Bockmon*
                                           MATTHEW C. BOCKMON
                                           Assistant Federal Defender
                                           Attorney for MICHAEL TAMBLIN

DATED: May 5, 2016          PHILLIP A. TALBERT
                                           Interim United States Attorney

                                           */s/ Sherry Haus*
                                           SHERRY HAUS
                                           Assistant U.S. Attorney

# **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to May 27, at 2:00 p.m., before the Hon. Carolyn K. Delaney; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the interest of the public and the defendant in a speedy trial.

DATED: May 6, 2016

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge