HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL TAMBLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>MICHAEL TAMBLIN,<br><br>   Defendants. | No. 2:16-mj-047 AC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING<br><br>Date: May 27, 2016<br>Time: 2:00 p.m.<br>Judge: Hon. Carolyn K. Delaney |

  IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Michael Tamblin, that the preliminary hearing scheduled for May 27, 2016 be vacated and continued to June 10, at 2:00 p.m.

  1. On February 22, 2016, the Complaint in this case was filed, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending. The court set a preliminary hearing date of March 7, 2016.

  2. By stipulation on March 1, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to March 18, 2016, at 2:00 p.m.,

before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

3. By stipulation on March 16, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to April 22 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

4. By stipulation on April 21, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to May 6, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

5. By stipulation on May 5, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to May 27, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

6. By this stipulation, the parties jointly move for further extension of time of the preliminary hearing date to June 10, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, including reviewing and analyzing pre-indictment discovery, which has been produced. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties are also working toward a pre-indictment resolution of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

7. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between

March 7, 2016, and June 10, 2016, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

                                          Respectfully submitted,

DATED: May 24, 2016             HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Matthew C. Bockmon*
                                          MATTHEW C. BOCKMON
                                          Assistant Federal Defender
                                          Attorney for MICHAEL TAMBLIN

DATED: May 24, 2016             PHILLIP A. TALBERT
                                          Interim United States Attorney

                                          */s/ Rosanne Rust*
                                          ROSANNE RUST
                                          Assistant U.S. Attorney

## **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to June 10, at 2:00 p.m., before the Hon. Allison Claire; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 24, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE