| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| 2 | ROSANNE L. RUST |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:16-mj-047 AC |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER TO CONTINUE |
| v. | ) PRELIMINARY HEARING |
| MICHAEL TAMBLIN, | ) Date:  June 10, 2016 |
| | ) Time:  2:00 p.m. |
| Defendants. | ) Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Michael Tamblin, that the preliminary hearing scheduled for June 10, 2016 be vacated and continued to June 17, at 2:00 p.m.

    1. On February 22, 2016, the Complaint in this case was filed, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending. The court set a preliminary hearing date of March 7, 2016.

    2. By stipulation on March 1, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to March 18, 2016, at 2:00 p.m.,

before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

    3. By stipulation on March 16, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to April 22 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

    4. By stipulation on April 21, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to May 6, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

    5.  By stipulation on May 5, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to May 27, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

    6. By stipulation on May 24, 2016, the parties jointly moved for an extension of time of the preliminary hearing date to June 10, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, which motion was granted by the Court.

    7. By this stipulation, the parties jointly move for further extension of time of the preliminary hearing date to June 17, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, including reviewing and analyzing pre-indictment discovery, some of which has been produced and more of which is being produced today.  Specifically, today the government is producing approximately 3 hours of recordings from the jail of the defendant speaking on several calls.  18 U.S.C.  § 3161(h)(7)(B)(iv).  The parties further agree that the interests of justice served by

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

      8. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between March 7, 2016, and June 17, 2016, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

                                            Respectfully submitted,

DATED: June 7, 2016               HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Matthew C. Bockmon*
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for MICHAEL TAMBLIN

DATED: June 7, 2016               PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            */s/ Rosanne Rust*
                                            ROSANNE L. RUST
                                            Assistant U.S. Attorney

# **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to June 17, at 2:00 p.m., before the Hon. Allison Claire; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: June 7, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE